NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
SCOTT P. THORNE (State Bar No. 326917)
Sthorne@mcnamaralaw.com
MCNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF SAN RAMON, SERGEANT JOHN CRANFORD;
OFFICER WILLIAM WALMER, CHRIS BRUCE, and
RICARDO GONZALEZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY BRAZEAU, individually and as co-successor in interest to Decedent JORDAN BRAZEAUS, NADIA BRAZEAU, individually and as co-successor in interest to Decedent JORDAN BRAZEAU, and I.B., a minor, by and through her guardian ad litem, NYDIA BRAZEAU or BRADLEY BRAZEAU,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF SAN RAMON, a municipal corporation, City of San Ramon Police Department Sergeant JOHN CRANFORD, individually, City of San Ramon Police Department Officer WILLIAM WALMER, individually, City of San Ramon Police Department Corporal CHRIS BRUCE, individually, City of San Ramon Police Department Officer RICARDO GONZALEZ, individually, City of San Ramon Police Department Officers DOES 3-30, individually, and DOES 31-50, jointly and severally,<br>    Defendants. | Case No. C22-07469 LB<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled action, through their respective counsel, as follows:

SECOND STIPULATION AND ORDER TO
CONTINUE SETTLEMENT CONFERENCE - C22-07469 LB

1. WHEREAS, this matter is currently set for a Settlement Conference with the Hon. U.S. Magistrate Judge Lisa J. Cisneros, on July 15, 2024. ECF No. 50.

2. WHEREAS, recently, Judge Cisneros's Courtroom Deputy informed the parties that Judge Cisneros is no longer available on that date. Additionally, the ENE in this matter had to be reset from April of 2024, to August 13, 2024, due to discovery that still needed to occur to have a productive ENE and as a result of the First Amended Complaint that was to be filed (and which later was filed, ECF No. 59), as the Court is aware per ECF No. 58 (Order modifying the Case Management and Pretrial Order).

3. WHEREAS, the parties have met and conferred, and based on the availability provided by Judge Cisneros's department, all are available for a Settlement Conference on October 4, 2024. Judge Beeler has extended the deadline to complete the Settlement Conference to October 25, 2024 (ECF No. 66).

4. WHEREAS, the parties respectfully stipulate and request that the Settlement Conference in this matter be continued from July 15, 2024, to October 4, 2024.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully Submitted,

Dated: June 13, 2024

LAW OFFICE OF SANJAY S. SCHMIDT,
JEFF DOMINIC PRICE JDP PC,
-and-
BEEKMAN & CHIKHANI, LLP

*/s/ Sanjay S. Schmidt*
By: Sanjay S. Schmidt
Attorneys for Plaintiffs

Dated: June 13, 2024

MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

By: /s/ Noah G. Blechman
Noah G. Blechman
Scott P. Thorne
Attorneys for Defendants

SECOND STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE - C22-07469 LB

2

# ORDER

The Court, having considered the Parties' stipulation, and good cause appearing, hereby GRANTS the stipulation. The Settlement Conference with Judge Cisneros in this matter is continued from July 15, 2024, to October 4, 2024, at 10:30 a.m., in person, in San Francisco. *See* Judge Cisneros's Standing Orders for further information on Settlement Conferences.

**IT IS SO ORDERED.**

Dated: June 13, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

SECOND STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE - C22-07469 LB        3