**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
ss@sanjayschmidtlaw.com

Jeff Dominic Price JDP PC | SBN 165534
1100 Glendale Avenue, Suite 1700
Los Angeles, CA 90024
jdp@jdpfirm.com
310.451.2222

**Cate Beekman (SBN 245605)**
**BEEKMAN & CHIKHANI, LLP**
711 Jefferson Street, Suite 101
Fairfield, CA 94533
T: (707) 427-2511
F: (707) 561-6646
e-mail: catebeekman@gmail.com

*Attorneys for Plaintiffs*
BRADLEY BRAZEAU, NYDIA BRAZEAU,
And I.B., a minor, by and through her guardian ad litem,
ELAINE YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAZEAU et al., | Case No. 3:22-cv-07469-LB |
| Plaintiffs, | **STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE** |
| vs. | |
| CITY OF SAN RAMON et al., | |
| Defendants. | |

*Bradley Brazeau, et al. v. City of San Ramon, et al.*
Stipulation and Order to Vacate Settlement Conference Case No.
3:22-cv-07469-LB

1

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled action, through their respective counsel, as follows:

1. WHEREAS, this matter is currently set for a Settlement Conference with the Hon. U.S. Magistrate Judge Lisa J. Cisneros, on October 4, 2024. ECF No. 68.

2. WHEREAS, Plaintiffs' motion for leave to file a second amended complaint was granted. ECF No. 87.

3. WHEREAS, the parties to this matter participated in an Early Neutral Evaluation ("ENE"), on August 13, 2024. ECF No. 82. The ENE was very productive.

4. WHEREAS, counsel for the parties have met and conferred and agree further settlement discussions are unlikely to be productive until the parties receive a ruling on the dispositive motion Defendants anticipate filing.

5. Counsel for Plaintiffs and counsel for Defendants would prefer to wait to devote the attorney time and resources to a settlement conference until such time that the case is sufficiently ripe for such discussions, when the process will be productive.

6. WHEREAS, on September 16, 2024, U.S. Magistrate Judge Laurel Beeler vacated the previously set ADR deadline. ECF No. 85.

7. WHEREAS, the parties respectfully stipulate and request that the Settlement Conference of October 4, 2024, be vacated, with the understanding the parties will contact the Court to request a settlement conference, if desired, when the case is ripe for possible resolution and, thus, when a settlement conference would be productive.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 18, 2024

Respectfully Submitted,
LAW OFFICE OF SANJAY S. SCHMIDT,
JEFF DOMINIC PRICE JDP PC,
-and-
BEEKMAN & CHIKHANI, LLP

/s/ Cate Beekman
By: Cate Beekman

*Bradley Brazeau, et al. v. City of San Ramon, et al.*
Stipulation and Order to Vacate Settlement Conference Case No.
3:22-cv-07469-LB

Attorneys for Plaintiffs

Dated: September 18, 2024

MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

*/s/ Noah G. Blechman*
By: Noah G. Blechman
Attorneys for Defendants

## **ORDER**

The Court, having considered the Parties' stipulation, and good cause appearing, hereby GRANTS the stipulation. The Settlement Conference of October 4, 2024, is hereby VACATED. The parties shall contact the Court to request a settlement conference, if desired, when the case is ripe for possible resolution.

**IT IS SO ORDERED.**

Dated: October 4, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

*Bradley Brazeau, et al. v. City of San Ramon, et al.*
Stipulation and Order to Vacate Settlement Conference Case No. 3:22-cv-07469-LB

3